IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUNCAN ROUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PHILADELPHIA, et al., <br><br> Defendants. | CIVIL ACTION <br> NO. 19-3513 |

# ORDER

**AND NOW**, this 1st day of May 2020, upon consideration of the Amended Complaint (Doc. No. 6); the City of Philadelphia and Police Commissioner Richard Ross, Jr.'s Joint Motion to Dismiss (Doc. No. 8); Plaintiffs' Response in Opposition to the City of Philadelphia and Police Commissioner Richard Ross, Jr.'s Joint Motion to Dismiss (Doc. No. 18); Suzann Morris's Motion to Dismiss (Doc. No. 21); Plaintiffs' Notice of Voluntary Dismissal, dismissing Counts I–V of the Amended Complaint against Suzann Morris (Doc. No. 23); Plaintiffs' Response in Opposition to Suzann Morris's Motion to Dismiss (Doc. No. 24); Suzann Morris's Reply (Doc. No. 25); the arguments made by counsel for the parties at the hearing held on January 24, 2020 (see Doc. No. 27); and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. The City of Philadelphia and Police Commissioner Richard Ross, Jr.'s Motion to Dismiss (Doc. No. 8) is **GRANTED**. All claims against the City of Philadelphia and Police Commissioner Richard Ross, Jr. are **DISMISSED**. The City of Philadelphia and Police Commissioner Richard Ross, Jr. are **DISMISSED** as Defendants in this case.

2. Suzann Morris's Motion to Dismiss (Doc. No. 21) is **GRANTED**. Count VI against Suzann Morris is **DISMISSED**. Suzann Morris is **DISMISSED** as a Defendant in this case.

3. The Philadelphia Police Department is **DISMISSED** as a Defendant in this case.

4. The Philadelphia Department of Human Services is **DISMISSED** as a Defendant in this case.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.
