IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DUNCAN ROUND, et al.<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF PHILADELPHIA. et al.,<br><br>　　　　　　　Defendants. | CIVIL ACTION<br>NO. 19-3513 |

# **ORDER**

**AND NOW**, this 22nd day of July 2022, upon consideration of Defendants William Brophy, Carol Farrell, Jenifer Klepesky, and Toni Madgey's Motion for Summary Judgment (Doc. No. 46), Plaintiffs' Response in Opposition (Doc. No. 50), Defendant Toni Madgey's Reply (Doc. No. 54), Plaintiff Duncan Round's Supplemental Brief (Doc. No. 66), Defendant Toni Madgey's Supplemental Brief (Doc. No. 67), after a complete review of all pleadings, discovery, affidavits, depositions, and exhibits, and in accordance with the Opinion of the Court issued on this date, it is **ORDERED** as follows:

1. By agreement of Plaintiffs, the claims against Defendants William Brophy, Carol Farrell, and Jenifer Klepesky are **DISMISSED**. They are removed as Defendants in the above-captioned case.

2. Plaintiff Kristen Round has withdrawn all claims against Defendants in this case and therefore she is **DISMISSED** as a Plaintiff.

3. By agreement of Plaintiffs, Counts II, III, V, and VI are **DISMISSED**.

2

4. Defendant Officer Toni Madgey's Motion for Summary Judgment (Doc. No. 46) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky__
JOEL H. SLOMSKY, J.